# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, | No. 2:21-CV-1328-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 12, for reconsideration of the Magistrate Judge's August 9, 2021, order at ECF No. 7. Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The August 9, 2021, order is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration, ECF No. 12, is denied;

2. The Magistrate Judge's August 9, 2021, order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

DATED: March 29, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE